IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE KING,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, CITY OF NORTH PLATTE NE, and TOBY SMITH, Police,<br><br>        Defendants. | 8:21CV445<br><br>MEMORANDUM AND ORDER |

    Due to Plaintiff's release from prison after he filed this case, the court ordered Plaintiff on March 3, 2022, to "either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days," warning him that "[f]ailure to take either action will result in dismissal of this matter without further notice to Plaintiff." (Filing 8 at CM/ECF p. 1.) To date, Plaintiff has failed to comply with the court's order, nor has he taken any other action in this case. Accordingly,

    IT IS ORDERED that Plaintiff's claims against the Defendants are dismissed without prejudice because Plaintiff failed to prosecute this case diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

    DATED this 8th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge